IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY DALE SIKORA,

    Petitioner,

vs.                               Case No. 4:10cv158-MP/WCS

LARRY CAMPBELL,

    Respondent.

    _____/

## REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

Petitioner Sikora, proceeding pro se, filed two 28 U.S.C. § 2254 petitions: one in this case and one in 4:10cv184-SPM/WCS. They both challenge his placement in solitary confinement at the Leon County Jail for 120 days.

In addition to the habeas petitions, Petitioner filed a number of civil rights cases in this court during his time at the Leon County Jail. In one case the order of dismissal and copy of the judgment, sent to Petitioner, were returned to the clerk in an envelope marked "released." Doc. 9 (return of docs. 7 and 8) in 4:10cv165-RH/WCS. It was discovered by telephone call to the jail that Petitioner was released to "time served" on June 7, 2010, and left no forwarding address. The jail website confirms this release

date.  *See* http://lcso.leonfl.org/jailinfo/inmate_search.asp.  Petitioner has not informed the court (in this or his other cases) of a new address.

It appears that the request for relief is moot in light of Petitioner's release.

It is therefore respectfully **RECOMMENDED** that the § 2254 petition (doc. 1) be **DISMISSED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on July 29, 2010.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**