IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY DALE SIKORA,

    Petitioner,

v.                                                CASE NO. 4:10-cv-00158-MP-WCS

LARRY CAMPBELL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that the Petition for Habeas Corpus (Doc. 1) be dismissed as moot, since Petitioner has been released. The Petitioner did not leave a forwarding address at the jail and has not informed the Court of his current address. Thus, the Report and Recommendation was returned undeliverable. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The Petition for Writ of Habeas Corpus, Doc. 1, is dismissed as moot. The Clerk is directed to close this file.

    **DONE AND ORDERED** this _3rd_ day of January, 2011



Maurice M. Paul, Senior District Judge